IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY WILLIAMS,<br><br>           Plaintiff,<br><br>vs.<br><br>MELISSA ARNETTE ELLIOTT A/K/A MISSY "MISDEMEANOR" ELLIOTT, TIMOTHY Z. MOSLEY A/K/A TIMBALAND, ESTATE OF AALIYAH HAUGHTON C/O BARRY E. HANKERSON, ATLANTIC RECORDING CORPORATION A/K/A ATLANTIC RECORDS, ELEKTRA ENTERTAINMENT GROUP, INC. A/K/A ELEKTRA RECORDS, WARNER MUSIC, INC., WARNER MUSIC GROUP CORPORATION, and RESERVIOR MEDIA MANAGEMENT, INC.<br><br>           Defendants. | NO. 2:18-cv-05418-NIQA<br><br><br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that on May 28, 2019, counsel for Plaintiff, TERRY WILLIAMS ("Plaintiff") will apply to the Honorable Nitza I. Quinones Alejandro, of the United States District Court for the Eastern District of Pennsylvania in Courtroom 8-B, located at the James A. Bryne U.S. Courthouse at 601 Market Street, Philadelphia, Pennsylvania 19106 and present its Motion seeking an Order for Mattleman, Weinroth, & Miller to be Relieved as Counsel. A Proposed Form of Order and Certification in Support of this Motion are attached.

In accordance with the provisions of Rule 1:6-2, a proposed form of order is annexed hereto.

                                                     **MATTLEMAN, WEINROTH & MILLER**
                                                     *Attorneys for Plaintiff, Terry Williams*

Dated: 5-28-19

                                                   By: **ASHLEY S. NECHEMIA., ESQUIRE**
                                                   Attorney I.D. No.: 325610
                                                   401 Rt. 70 East, Suite 100
                                                   Cherry Hill, NJ 08034
                                                   (856) 429-5507
                                                   anechemia@mwm-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MELISSA ARNETTE ELLIOTT A/K/A MISSY "MISDEMEANOR" ELLIOTT, TIMOTHY Z. MOSLEY A/K/A TIMBALAND, ESTATE OF AALIYAH HAUGHTON C/O BARRY E. HANKERSON, ATLANTIC RECORDING CORPORATION A/K/A ATLANTIC RECORDS, ELEKTRA ENTERTAINMENT GROUP, INC. A/K/A ELEKTRA RECORDS, WARNER MUSIC, INC., WARNER MUSIC GROUP CORPORATION, and RESERVIOR MEDIA MANAGEMENT, INC.<br><br>　　　　　　Defendants. | NO. 2:18-cv-05418-NIQA<br><br><br><br>CERTIFICATION IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL |

　　　　I, Ashley S. Nechemia, attorney for Plaintiff, TERRY WILLIAMS being of full age make the following statements in support of the Motion to be Relieved as Counsel:

　　　　1.　　　I am an attorney at law of the State of New Jersey. I represented Plaintiff, TERRY WILLIAMS ("Plaintiff") and am fully aware of the facts and circumstances of this Motion.

　　　　2.　　　Plaintiff retained the Law Firm of Mattleman, Weinroth & Miller, P.C. to provide legal services. A written retainer agreement was provided. The retainer agreement required the client to pay on a contingency fee basis and that the law firm could be relieved as counsel. *See*, **Exhibit A, "Retainer Agreement"**.

　　　　3.　　　Plaintiff instructed our office to withdraw from this matter. *See*, **Exhibit B, "Email Dated May 24, 2019"**.

4.     It is respectfully requested that the Law Firm of Mattleman, Weinroth & Miller be relieved as counsel for Plaintiff, TERRY WILLIAMS, in the above captioned matter, pursuant to R. 1:11-2.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**MATTLEMAN, WEINROTH & MILLER**
*Attorneys for Plaintiff, Terry Williams*

Dated: 5-28-19

By: **ASHLEY S. NECHEMIA., ESQUIRE**
Attorney I.D. No.: 325610
401 Rt. 70 East, Suite 100
Cherry Hill, NJ 08034
(856) 429-5507
anechemia@mwm-law.com

# EXHIBIT A

# Mattleman, Weinroth & Miller, P.C.
ATTORNEYS-AT-LAW

401 Route 70 East, Suite 100 • Cherry Hill, New Jersey 08034
Tel: 856.429.5507 • Fax: 856.429.9036
www.mwm-law.com

Albert J. Olizi, Jr.
Direct Dial: 856-298-4257
Email: aolizi@mwm-law.com
Member of NJ & PA Bars

November 15, 2017

Mr. Terry Williams
101G Highland Blvd.
New Castle, Del. 19720

Re: Entertainment matters

Dear Mr. Williams:

This letter is to confirm the basis on which our office will represent you with regards to the entertainment law matters we discussed.

We will handle the negotiations regarding your attempt to sell your songs from your collection to the management company for Missy Elliot or any agent or representative. We will also handle negotiations and any legal matters including litigation for copyright violation against any responsible parties.

It is understood that as of the date of this writing your right to enforce any claim for violation of copyright may already be barred by the Statute of limitations and you understand that the discovery rule pertaining to the Statute of limitations may not allow your claim to survive. You agree that the discovery rule has been explained to you and you understand it and its applicability to your claim. Furthermore, you agree to waive any claim against us and to release us from any claim arising from a violation of the statute of limitations.

In return for representation by the firm in these matters you agree to pay us on a contingent basis. The firm will retain 33 ½% of any sum obtained for you or on your behalf by sale or negotiation for the sale of any songs from your collection and with regard to any settlement of any copyright violation in advance of trial. In the event that any recovery is obtained subsequent to the institution of legal proceedings, you agree to compensate the firm in a sum of 40% of any sum obtained for you by verdict or settlement.

In addition to the foregoing, you agree to reimburse the firm out of any recovery for any and all costs advanced by the firm on your behalf in connection with the services performed. In the event that there is no recovery, you will not owe us any fee but you will reimburse us for any cost advanced.

---

You understand that the firm cannot guarantee the outcome or result of our representation. You will fully cooperate with the firm and provide any and all information relevant to the issues involved in your matter.

Either you or the firm may terminate this Agreement at any time upon notice to the other and in accordance with any Rules of Court which may apply. Upon termination of this Agreement you will pay the firm for any costs advanced and the firm will have a claim for the fair value of services rendered which shall be paid only upon your obtaining a recovery of money.

Very truly yours,

Albert J. Olizi, Jr.
For the Firm

AJO/vg

I have reviewed and agree to the foregoing terms and conditions. You have answered all questions I may have had in a satisfactory manner.

_____    _____
Terry Williams                              Date

2

You understand that the firm cannot guarantee the outcome or result of our representation. You will fully cooperate with the firm and provide any and all information relevant to the issues involved in your matter.

Either you or the firm may terminate this Agreement at any time upon notice to other and in accordance with any Rules of Court which may apply. Upon termination of Agreement you will pay the firm for any costs advanced and the firm will have a claim / Agreement you will pay the firm for any costs advanced and the firm will have a claim / fair value of services rendered which shall be paid only upon your obtaining a recovery money.

Very truly yours,

Albert J. Olizi, Jr.
For the Firm

AJO/vg

I have reviewed and agree to the foregoing terms and conditions. You have answered all questions I may have had in a satisfactory manner.

# EXHIBIT B

**From:** Constance Gary [mailto:ccg121@alumni.psu.edu]
**Sent:** Friday, May 24, 2019 11:11 AM
**To:** Albert Olizi
**Subject:** Re: Matter - Pending

Mr.Albert and Mrs. Ashley and the Firm, I Terry Williams no longer desire to have your representation for my case nor any other matters. This serves as written conformation of my intent to sever our existing agreement. You may formally motion to withdraw as counsel and I will not oppose . Thank you,Terry Williams.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY WILLIAMS,<br><br>   Plaintiff,<br><br>vs.<br><br>MELISSA ARNETTE ELLIOTT A/K/A MISSY "MISDEMEANOR" ELLIOTT, TIMOTHY Z. MOSLEY A/K/A TIMBALAND, ESTATE OF AALIYAH HAUGHTON C/O BARRY E. HANKERSON, ATLANTIC RECORDING CORPORATION A/K/A ATLANTIC RECORDS, ELEKTRA ENTERTAINMENT GROUP, INC. A/K/A ELEKTRA RECORDS, WARNER MUSIC, INC., WARNER MUSIC GROUP CORPORATION, and RESERVIOR MEDIA MANAGEMENT, INC.<br><br>   Defendants. | NO. 2:18-cv-05418-NIQA<br><br><br><br>ORDER |

**THIS MATTER** having come before the Court on motion by Ashley S. Nechemia, Esquire, for the Plaintiff, TERRY WILLIAMS, for an Order to be Relieved as Counsel, and this Honorable Court having reviewed and considered the papers submitted by the parties, and good cause shown:

**IT IS** on this ___ day of _____ 2019.

1. **ORDERED** that Plaintiff's Motion to be Relieved as Counsel is hereby **GRANTED**;

2. **IT IS FURTHER ORDERED** that a copy of this Order be served upon all appearing parties within ____ days of entry thereof.

_____
Hon. Nitza I. Quinones Alejandro

OPPOSED:        (    )
UNOPPOSED:  (    )