May 22, 2019

Terry Williams

105 Persimmon Place

Bear, DE, 19701

MAY 2 2 2019

Honorable Nitza Quinones Alejandro

James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

18-5418

**FILED**
MAY 28 2019
KATE BARKMAN, Clerk
By ___ Dep. Clerk

Dear Honorable Nitza Quinones Alejandro,

I am the plaintiff in this case Williams Vs. Elliott Et al. Ca. No. 2:18-cv-05418-NIQA. I am writing to request an additional 60-90 days for the review to be completed on the pending motions to dismiss.

The additional time is necessary for me as a pro se litigant - at this point in the case - to hopefully secure other counsel, and at best to file an amended complaint pursuant to the Copyright Act, as the court has preempted the state law claims in this case. I would also like to file a claim for declaratory judgment. No answers have been filed by any of the defendants.

Current counsel refuses to file an amended complaint and is awaiting the court's decision on the pending motions to dismiss. In March, when this court denied the motion to remand, for the reason the claims were preempted, my attorneys stated they were amending the complaint to allege the necessary Copyright claims and for a claim of declaratory judgment. I hadn't heard from counsel in two months- assuming an amendment and declaratory judgment were on the way. It is now May, and my counsel wrote giving me an update that they are awaiting your decision on the motions to dismiss and not moving forward with amending and declaratory judgment as previously planned.

We are not in agreement, and I am humbly begging the court to allow me 60-90 days before it hands down it's order on the pending motions to dismiss the complaint as it currently appears with the state law claims that are preempted subjecting it to dismissal with or without prejudice. After discussing this with my counsel today, counsel stated they were no longer comfortable with representing me in the case. (If the court would like the correspondence between myself and counsel, I can provide it.) We have had a great working relationship up and through this date.

I am now without counsel because I, Terry Williams, wanted to be respectful to the court's decision regarding preemption. In ruling on the motion to remand, the court also ruled on the preemption issue posed by the motions to dismiss. Counsel has had ample time to file an amended complaint considering the court's ruling. In the interest of justice, Please afford me the time I am seeking to produce an amended complaint whether on my own, pro se or through other counsel, prior to the court rendering a decision on the motions to dismiss.

Sincerely,

Terry Williams