# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WILLIAMS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-5418 |
| **v.** | : | |
| | : | |
| **MELISSA ARNETTE ELLIOTT** | : | |
| a/k/a MISSY "MISDEMEANOR" | : | |
| **ELLIOTT,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 28th day of May 2019, upon consideration of the *motion to be relieved as counsel* filed by Ashley S. Nechemia, counsel for Plaintiff Terry Williams ("Plaintiff"), consistent with Plaintiff's instructions, [ECF 36], it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, Ms. Nechemia is relieved as counsel for Plaintiff.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*