UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY WILLIAMS,** | : |
|       **Plaintiff,** | : Civil Action No. 2:18-cv-05418-NIQA |
| v. | : |
| **MELISSA ARNETTE ELLIOTT A/K/A MISSY "MISDEMEANOR" ELLIOTT, TIMOTHY ZACHARY MOSLEY A/K/A TIMBALAND, ESTATE OF AALIYAH HAUGHTON C/O BARRY E HANKERSON, ATLANTIC RECORDING CORPORATION A/K/A ATLANTIC RECORDS, ELEKTRA ENTERTAINMENT GROUP, INC. A/K/A ELEKTRA RECORDS, WARNER MUSIC, INC. A/K/A WARNER MUSIC GROUP, INC., WARNER MUSIC GROUP CORPORATION and, RESERVOIR MEDIA MANAGEMENT, INC.** | : |
|       **Defendants.** | : |

### DEFENDANT MISSY ELLIOTT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Melissa Arnette Elliott ("**Elliott**" or "**Defendant**"), by and through her undersigned counsel, hereby submits her Answer and Affirmative Defenses to the Fourth Amended Complaint filed by Plaintiff Terry Williams ("**Williams**" or "**Plaintiff**"). [DE 91]. Except as expressly admitted below, Defendant Elliott denies each and every allegation of the Fourth Amended Complaint.

### I.     PRELIMINARY STATEMENT

The allegations contained in the "Preliminary Statement" of the Fourth Amended Complaint call for legal conclusions and therefore require no response. To the extent that a response is required to the "Preliminary Statement" of the Fourth Amended Complaint, Defendant denies the allegations.

## II. THE PARTIES

The allegations contained in the section entitled "The Parties" of the Fourth Amended Complaint are improperly pled and require no response. To the extent that a response is required to the section entitled "The Parties" of the Fourth Amended Complaint, Defendant admits that Defendant is an award winning, multiplatinum singer-songwriter, producer and recording and performing artist. In addition, Defendant avers that any purported copyright registrations speak for themselves. Defendant denies the remaining allegations contained in the section entitled "The Parties" of the Fourth Amended Complaint.

## III. JURISDICTION AND VENUE

The allegations contained in the section entitled "Jurisdiction and Venue" of the Fourth Amended Complaint are improperly pled and require no response. To the extent that a response is required to the section entitled "Jurisdiction and Venue" of the Fourth Amended Complaint, Defendant denies the allegations contained therein.

## IV. STATEMENT OF FACTS

1.  Answering paragraph 1, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Fourth Amended Complaint, and therefore denies same and demands strict proof thereof.

2.  Answering paragraph 2, Defendant denies the allegations in paragraph 2 of the Fourth Amended Complaint.

3.  Answering paragraph 3, Defendant denies the allegations in paragraph 3 of the Fourth Amended Complaint.

4.  Answering paragraph 4, Defendant denies the allegations in paragraph 4 of the Fourth Amended Complaint.

5.  Answering paragraph 5, Defendant denies the allegations in paragraph 5 of the Fourth Amended Complaint.

6. Answering paragraph 6, Defendant denies that there was any "work" as alleged by Plaintiff. Defendant avers that Defendant independently wrote and created lyrics and melodies that would eventually be recorded by the artist Aaliyah as a song entitled "Heartbroken", and included on Aaliyah's second studio album entitled *One in a Million*, released to the public in or around August 1996 (the "**Aaliyah Album**").

7. Answering paragraph 7, Defendant denies that Plaintiff "created" any "Songs" as defined in the Fourth Amended Complaint. Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 7 of the Fourth Amended Complaint, and therefore denies same and demands strict proof thereof.

8. Answering paragraph 8, Defendant denies the allegations in paragraph 8 of the Fourth Amended Complaint.

9. Answering paragraph 9, Defendant denies the allegations in paragraph 9 of the Fourth Amended Complaint.

10. Answering paragraph 10, Defendant denies the allegations in paragraph 10 of the Fourth Amended Complaint.

11. Answering paragraph 11, the allegations contained in paragraph 11 call for legal conclusions and require no response. To the extent a response is required, Defendant denies the allegations in Paragraph 11.

12. Answering paragraph 12, Defendant denies the allegations in paragraph 12 of the Fourth Amended Complaint.

13. Answering paragraph 13, Defendant denies the allegations in paragraph 13 of the Fourth Amended Complaint.

14. Answering paragraph 14, Defendant denies the allegations in paragraph 14 of the Fourth Amended Complaint.

15. Answering paragraph 15, Defendant denies the allegations in paragraph 15 of the

Fourth Amended Complaint.

16. Answering paragraph 16, Defendant denies the allegations in paragraph 16 of the Fourth Amended Complaint.

17. Answering paragraph 17, Defendant denies that the song "Heartbroken" on the Aaliyah Album is a "derivative" of any work as alleged by Plaintiff. In addition, Defendant avers that any purported copyright registrations speak for themselves. Defendant admits that the Aaliyah Album was publicly released in 1996, sold millions of copies and was heavily marketed and promoted.

18. Answering paragraph 18, Defendant denies the allegations in paragraph 18 of the Fourth Amended Complaint.

19. Answering paragraph 19, Defendant denies the allegations in paragraph 19 of the Fourth Amended Complaint.

20. Answering paragraph 20, Defendant denies the allegations in paragraph 20 of the Fourth Amended Complaint.

21. Answering paragraph 21, Defendant denies the allegations in paragraph 21 of the Fourth Amended Complaint.

22. Answering paragraph 22, Defendant admits that Defendant Elliott is credited as an author for the song "Heartbroken" on the Aaliyah Album, that the Aaliyah Album was certified double Platinum in 1997 and has sold millions of copies, and that the Aaliyah Album reached a peak position on the Billboard charts.

23. Answering paragraph 23, Defendant admits that, in or around January 2017, more than 20 years after the public release of the Aaliyah Album, an individual named Constance Gary ("**Gary**") contacted a talent management company via an unsolicited email entitled: "Unreleased Missy Elliott Material for Review", claiming to be attaching a file that contained 8 "abbreviated" tracks, produced by a "friend", purportedly featuring the performance of Elliott, and that, as part of this email, Gary claimed to want to know if Elliott would pay this "friend" for this alleged material. Defendant denies

the remaining allegations contained in paragraph 23.

24. Answering paragraph 24, Defendant denies the allegations in paragraph 24 of the Fourth Amended Complaint.

25. Answering paragraph 25, Defendant denies the allegations in paragraph 25 of the Fourth Amended Complaint.

26. Answering paragraph 26, Defendant denies the allegations in paragraph 26 of the Fourth Amended Complaint.

27. Answering paragraph 27, Defendant denies the allegations in paragraph 27 of the Fourth Amended Complaint.

28. Answering paragraph 28, Defendant denies the allegations in paragraph 28 of the Fourth Amended Complaint.

29. Answering paragraph 29, Defendant denies the allegations in paragraph 29 of the Fourth Amended Complaint.

30. Answering paragraph 30, Defendant denies the allegations in paragraph 30 of the Fourth Amended Complaint.

31. Answering paragraph 31, Defendant denies the allegations in paragraph 31 of the Fourth Amended Complaint.

32. Answering paragraph 32, Defendant admits that, during the time period of 1993 to 1995, Defendant was a part of the R&B musical group "Sista", which consisted of four members, and that the "Sista" album entitled *4 All the Sistas Around Da World*, including the songs entitled "Brand New" and "Sista Bounce", was publicly released by Elektra Records in or around 1994, well before Defendant even met Plaintiff.

33. Answering paragraph 33, Defendant denies the allegations in paragraph 33 of the Fourth Amended Complaint.

34. Answering paragraph 34, Defendant denies the allegations in paragraph 34 of the

Fourth Amended Complaint.

35. Answering paragraph 35, Defendant denies the allegations in paragraph 35 of the Fourth Amended Complaint.

36. Answering paragraph 36, Defendant denies the allegations in paragraph 36 of the Fourth Amended Complaint.

37. Defendant avers that no response is required to Plaintiff's "Wherefore" clause, but denies Plaintiff is entitled to receive any of the relief or judgments requested. Defendant further denies that Plaintiff is entitled to any damages or other relief sought by reason of his Fourth Amended Complaint, or to any relief whatsoever, against Defendant. As to the remaining allegations in the "Wherefore" clause, Defendant denies each and every allegation contained therein.

38. Defendant avers that no response is required to Plaintiff's "outline" paragraph. Defendant further denies that Plaintiff is entitled to any damages or other relief sought by reason of his Fourth Amended Complaint, or to any relief whatsoever, against Defendant. As to the remaining allegations in the "outline" paragraph, Defendant denies each and every allegation contained therein.

## Count I

Defendant incorporates her responses to paragraphs 1-38, inclusive.

39. Answering paragraph 39, Defendant denies the allegations in paragraph 39 of the Fourth Amended Complaint.

40. Answering paragraph 40, Defendant denies the allegations in paragraph 40 of the Fourth Amended Complaint.

41. Answering paragraph 41, Defendant denies the allegations in paragraph 41 of the Fourth Amended Complaint.

42. Answering paragraph 42, Defendant denies the allegations in paragraph 42 of the Fourth Amended Complaint.

43. Answering paragraph 43, Defendant denies the allegations in paragraph 43 of the Fourth Amended Complaint.

44. Answering paragraph 44, Defendant denies the allegations in paragraph 44 of the Fourth Amended Complaint.

Defendant avers that no response is required to Plaintiff's "Wherefore" clause, but denies Plaintiff is entitled to receive any of the relief or judgments requested. Defendant further denies that Plaintiff is entitled to any damages or other relief sought by reason of his Fourth Amended Complaint, or to any relief whatsoever, against Defendant. As to the remaining allegations in the "Wherefore" clause, Defendant denies each and every allegation contained therein.

### Count II

Defendant incorporates her responses to paragraphs 1-44, inclusive.

45. Answering paragraph 45, Defendant denies the allegations in paragraph 45 of the Fourth Amended Complaint.

46. Answering paragraph 46, Defendant denies the allegations in paragraph 46 of the Fourth Amended Complaint.

47. Answering paragraph 47, Defendant denies the allegations in paragraph 47 of the Fourth Amended Complaint.

Defendant avers that no response is required to Plaintiff's "Wherefore" clause, but denies Plaintiff is entitled to receive any of the relief or judgments requested. Defendant further denies that Plaintiff is entitled to any damages or other relief sought by reason of his Fourth Amended Complaint, or to any relief whatsoever, against Defendant. As to the remaining allegations in the "Wherefore" clause, Defendant denies each and every allegation contained therein.

### Count III

Defendant incorporates her responses to paragraphs 1-47, inclusive.

48. Answering paragraph 48, Defendant denies the allegations in paragraph 48 of the

Fourth Amended Complaint.

49. Answering paragraph 49, Defendant denies the allegations in paragraph 49 of the Fourth Amended Complaint.

50. Answering paragraph 50, Defendant denies the allegations in paragraph 50 of the Fourth Amended Complaint.

51. Answering paragraph 51, Defendant denies the allegations in paragraph 51 of the Fourth Amended Complaint.

52. Answering paragraph 52, Defendant denies the allegations in paragraph 52 of the Fourth Amended Complaint.

53. Answering paragraph 53, Defendant denies the allegations in paragraph 53 of the Fourth Amended Complaint.

54. Answering paragraph 54, Defendant denies the allegations in paragraph 54 of the Fourth Amended Complaint.

55. Answering paragraph 55, Defendant denies the allegations in paragraph 55 of the Fourth Amended Complaint.

56. Answering paragraph 56, Defendant denies the allegations in paragraph 56 of the Fourth Amended Complaint.

Defendant avers that no response is required to Plaintiff's "Wherefore" clause, but denies Plaintiff is entitled to receive any of the relief or judgments requested. Defendant further denies that Plaintiff is entitled to any damages or other relief sought by reason of his Fourth Amended Complaint, or to any relief whatsoever, against Defendant. As to the remaining allegations in the "Wherefore" clause, Defendant denies each and every allegation contained therein.

## Count IV

Defendant incorporates her responses to paragraphs 1-56, inclusive.

57. Answering paragraph 57, Defendant denies the allegations in paragraph 57 of the

Fourth Amended Complaint.

58. Answering paragraph 58, Defendant denies the allegations in paragraph 58 of the Fourth Amended Complaint.

59. Answering paragraph 59, Defendant denies the allegations in paragraph 59 of the Fourth Amended Complaint.

60. Answering paragraph 60, Defendant denies the allegations in paragraph 60 of the Fourth Amended Complaint.

Defendant avers that no response is required to Plaintiff's "Wherefore" clause, but denies Plaintiff is entitled to receive any of the relief or judgments requested. Defendant further denies that Plaintiff is entitled to any damages or other relief sought by reason of his Fourth Amended Complaint, or to any relief whatsoever, against Defendant. As to the remaining allegations in the "Wherefore" clause, Defendant denies each and every allegation contained therein.

## Count V

Defendant incorporates her responses to paragraphs 1-60, inclusive.

61. Defendant avers that no response is required to the allegations in paragraph 61 of the Fourth Amended Complaint, which constitute Plaintiff's legal argument. To the extent a response is required to the allegations of paragraph 61, Defendant denies the allegations.

62. Defendant avers that no response is required to the allegations in paragraph 62 of the Fourth Amended Complaint, which constitute Plaintiff's legal argument. To the extent a response is required to the allegations of paragraph 62, Defendant denies the allegations.

63. Answering paragraph 63, Defendant denies the allegations in paragraph 63 of the Fourth Amended Complaint.

64. Answering paragraph 64, Defendant denies the allegations in paragraph 64 of the Fourth Amended Complaint.

65. Defendant avers that no response is required to the allegations in paragraph 65 of the

Fourth Amended Complaint, which constitute Plaintiff's legal argument. To the extent a response is required to the allegations of paragraph 65, Defendant denies Plaintiff is entitled to receive any of the relief or judgments requested.

66.     Answering paragraph 66, Defendant denies the allegations in paragraph 66 of the Fourth Amended Complaint.

67.     Answering paragraph 67, the allegations contained in paragraph 67 call for legal conclusions and require no response. To the extent a response is required, Defendant denies the allegations in Paragraph 67.

68.     Answering paragraph 68, Defendant denies the allegations in paragraph 68 of the Fourth Amended Complaint.

69.     Defendant avers that no response is required to the allegations in paragraph 69 of the Fourth Amended Complaint, which constitute Plaintiff's legal argument. To the extent a response is required to the allegations of paragraph 69, Defendant denies Plaintiff is entitled to receive any of the relief or judgments requested.

70.     Defendant avers that no response is required to Plaintiff's "Wherefore" clause, but denies Plaintiff is entitled to receive any of the relief or judgments requested. Defendant further denies that Plaintiff is entitled to any damages or other relief sought by reason of his Fourth Amended Complaint, or to any relief whatsoever, against Defendant. As to the remaining allegations in the "Wherefore" clause, Defendant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

Defendant, Melissa Arnette Elliott ("**Elliott**" or "**Defendant**"), pleads the following separate and distinct affirmative defenses, without conceding that she bears the burden of proof as to any of these issues, in response to the Fourth Amended Complaint filed by Plaintiff Terry Williams ("**Williams**" or "**Plaintiff**"). [DE 91]. By setting forth these affirmative defenses, Defendant does not assume the burden of proving any fact, issue or element of a claim where such burden properly belongs

to Plaintiff. Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

**FIRST AFFIRMATIVE DEFENSE**
(Failure to State a Claim)

As a separate and first affirmative defense to the Fourth Amended Complaint, and to the purported causes of action set forth therein, Defendant alleges that the Fourth Amended Complaint fails to state facts sufficient to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**
(Statute of Limitations)

As a separate and second affirmative defense to the Fourth Amended Complaint, and to the purported causes of action set forth therein, Plaintiff's Fourth Amended Complaint, and each cause of action alleged therein, is barred in its entirety by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**
(Consent)

As a separate and third affirmative defense to the Fourth Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred from prosecuting the purported causes of action set forth in the Fourth Amended Complaint because Plaintiff consented to and acquiesced in the subject conduct.

**FOURTH AFFIRMATIVE DEFENSE**
(Justification/Excuse)

As a separate and fourth affirmative defense to the Fourth Amended Complaint and each purported cause of action contained therein, Defendant alleges that by virtue of the acts of the Plaintiff, Plaintiff is barred from prosecuting the purported causes of action set forth in the Complaint because the acts and/or omissions alleged in the Complaint were justified and/or excused.

///

///

///

### FIFTH AFFIRMATIVE DEFENSE
(Laches)

As a separate and fifth affirmative defense to the Fourth Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Fourth Amended Complaint by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE
(No Injury or Damage)

As a separate and sixth affirmative defense to the Fourth Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff has not been injured or damaged as a proximate result of any act or omission for which Defendant is responsible.

### SEVENTH AFFIRMATIVE DEFENSE
(Unclean Hands)

As a separate and seventh affirmative defense to the Fourth Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Fourth Amended Complaint by the doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE
(Waiver and Estoppel)

As a separate and eighth affirmative defense to the Fourth Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff, through his own acts or omissions, has waived any right to recover and/or is estopped from recovering any relief sought against Defendant.

### NINTH AFFIRMATIVE DEFENSE
(Complaint Presented for an Improper Purpose)

As a separate and ninth affirmative defense to the Fourth Amended Complaint and each purported cause of action contained therein, Plaintiff's Fourth Amended Complaint is knowingly

devoid of evidentiary support and has been presented for an improper purpose pursuant to Fed.R.Civ.P. Rule 11.

### TENTH AFFIRMATIVE DEFENSE
(Ongoing Investigation / Reservation)

Defendant reserves the right to amend, modify, revise or supplement her answer and to plead such other defenses and to take any and all such other actions in response to the Fourth Amended Complaint as she may deem proper and necessary in her defense.

### PRAYER

**WHEREFORE**, Defendant Elliott prays for the following relief:

1. That the Fourth Amended Complaint be dismissed, with prejudice and in its entirety;

2. That Plaintiff takes nothing by reason of Plaintiff's Fourth Amended Complaint and that judgment be entered in favor of Defendant and against Plaintiff;

3. That Defendant Elliott be awarded her reasonable costs and attorney's fees; *and*

4. For such other and further relief as the Court may deem just and proper.

**DATED**: June 23, 2021                Respectfully submitted,

**SINGH, SINGH & TRAUBEN, LLP**

s/ Michael A. Trauben
Michael A. Trauben (admitted *pro hac vice*)
400 South Beverly Drive, Suite 240
Beverly Hills, California 90212
(310) 856-9705
mtrauben@singhtraubenlaw.com

**LEADER BERKON COLAO & SILVERSTEIN LLP**

Joseph G. Colao (PA Bar No. 312870)
Jacob F. Kratt (PA Bar No. 316920)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455

*Attorneys for Defendant*
MELISSA ARNETTE ELLIOTT