IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WILLIAMS** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 18-5418 |
| **v.** | : | |
| | : | |
| **MELISSA ARNETTE ELLIOTT** | : | |
| a/k/a MISSY "MISDEMEANOR" | : | |
| **ELLIOTT,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 23rd day of July 2021, upon consideration of *pro se* Plaintiff Terry Williams' *motion for default judgment* filed pursuant to Federal Rule of Civil Procedure 55, [ECF 104], the *opposition to motion for default judgment and cross-motion to set aside the entry of default and to dismiss the fourth amended complaint* filed by Defendant Timothy Mosley a/k/a Timbaland ("Defendant Mosley"), [ECF 107], the responses, replies, and sur-replies filed by Plaintiff, [ECF 111, 120], and by Defendant Mosley, [ECF 114, 124], and the allegations in Plaintiff's fourth amended complaint, [ECF 91], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

1. The *cross-motion to dismiss* is **GRANTED**. Accordingly, all claims against Defendant Mosley are dismissed.

2. The *motion for default judgment* is **DENIED**. Consequently, the Clerk of Court is directed to set aside the entry of default against Defendant Mosley.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*