# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WILLIAMS** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 18-5418** |
| **v.** | : | |
| | : | |
| **MELISSA ARNETTE ELLIOTT** | : | |
| a/k/a MISSY "MISDEMEANOR" | : | |
| **ELLIOTT**, *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 26th day of August 2024, upon consideration of Terry Williams ("Williams") and Melissa Arnette Elliott's ("Elliott") *cross-motions for summary judgment*, (ECF 269 and 270),[1] the parties' responses, (ECF 271 and 272), and replies, (ECF 275, ECF 281), and Williams' sur-reply, (ECF 278), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Elliott's motion for summary judgment as to all of Williams' claims premised on Aaliyah's song *Heartbroken* is **GRANTED**;

2. Elliott's motion for summary judgment as to all of Williams' claims premised on the SISTA Songs is **DENIED**; and

3. Williams' motion for summary judgment as to all his claims is **DENIED**.[2]

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Williams' motion for summary judgment was also filed in *Elliott v. Williams*, 21-cv-2290, at ECF 141.

[2] The parties' motions for summary judgment also address the claims asserted by Elliott in the related case *Elliott v. Williams*, 21-cv-2290. This Order and accompanying memorandum opinion do not address the parties' arguments as they relate to Elliott's claims.