IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WILLIAMS** | : | **CIVIL ACTION** |
|     *Plaintiff, pro se* | : | **NO. 18-5418** |
|     v. | : | **LEAD CASE** |
| | : | |
| **MELISSA ARNETTE ELLIOTT** *et al.* | : | |
|     *Defendants* | : | |

| | | |
|---|---|---|
| **MELISSA ARNETTE ELLIOTT** | : | **CIVIL ACTION** |
|     *Plaintiff* | : | **NO. 21-2290** |
|     v. | : | |
| | : | |
| **TERRY WILLIAMS** | : | |
|     *Defendant, pro se* | : | |

**REVISED FINAL PRETRIAL ORDER**

**AND NOW**, this 10th day of February 2025, upon consideration of the parties' *joint stipulation requesting modification of pretrial order*, (ECF 306), it is hereby **ORDERED**, consistent with this Court's calendar, that:

1. This matter is referred to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, for a settlement conference. Counsel, the parties, and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.
2. This matter is listed for a trial date certain on **August 25, 2025**, , at 9:30 A.M with jury selection to commence on **August 22, 2025**, at 9:30 A.M., in Courtroom 8B, United States Courthouse, 601 Market Street, Philadelphia, PA. The trial is expected to last three (3) days.
3. All motions *in limine*, including *Daubert* motions, if any, shall be filed by June 6, 2025, with a courtesy copy of each motion submitted to the Court. Responses to motions *in limine*, if any, shall be filed within fourteen (14) days of the filing of the motion *in limine*, with a courtesy copy of each response submitted to the Court.
4. No later than June 6, 2025, the parties, jointly or individually, shall file a proposed verdict form, *voir dire* questions, special interrogatories to the jury, if any, and proposed jury instructions on substantive issues, with courtesy copies submitted to the Court. Each party shall provide the Court with the party's trial memorandum summarizing the pertinent facts and legal issues involved in the case, as well as one (1) complete set of each party's pre-marked, tabbed trial exhibits in a binder.
5. There will be no extensions of the deadlines established herein, absent good cause. Counsel and all parties are to be prepared to commence trial as scheduled. All counsel are hereby attached for trial.[1]

                                                  **BY THE COURT:**
                                                  /s/ *Nitza I. Quiñones Alejandro*
                                                  **NITZA I. QUIÑONES ALEJANDRO**
                                                  *Judge, United States District Court*

---

[1] Counsel are reminded that if they wish to obtain daily, expedited, or three (3) day transcripts, such requests must be submitted to the Clerk's Office Transcript Department at least three (3) days before the scheduled trial.