IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRY WILLIAMS

Plaintiff, pro se

: Civil Action No. 2:18-cv-05418-NIQA:Lead Case

v. :

MELISSA ARNETTE ELLIOTT A/K/A :

MISSY "MISDEMEANOR" ELLIOTT, et al. :

Defendants : _____


MELISSA ARNETTE ELLIOTT :

Plaintiff :

: Civil Action No. 2:21-cv-02290-NIQA

v. : :

TERRY WILLIAMS :

Defendant, pro se :

<u>Plaintiff's Proposed Jury Verdict Form</u>

1. Do you find that the Plaintiff has proven by a preponderance of the evidence that the Plaintiff and the Defendant are Co- Owners of the songs in the Plaintiff's Collection and that he is entitled to the Declaratory Judgment of Joint Ownership he has requested.

    o   Yes _____ No _____

2. Do you find that the Plaintiff has proven by a preponderance of the evidence that the songs at issue from the "Sista" album are derivatives of the songs in the Plaintiff's collection and that he is entitled to the Declaratory Judgment of Joint Ownership of the Sista album songs as he has requested.

    o   Yes _____ No _____

3. Do You find that the Plaintiff has proven the Plaintiff's State Law Claims by a Preponderance of the evidence?

    o   Yes _____ No _____

4. What damages, if any, do you find for the Plaintiff, Terry Williams for:

**TOTAL DAMAGES** $_____

Date: _____ Jury Foreperson