IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

PENNSYLVANIA

TERRY WILLIAMS, :

Plaintiff, pro se

: Civil Action No. 2:18-cv-05418-NIQA:Lead Case

v. : :

MELISSA ARNETTE ELLIOTT A/K/A :

MISSY "MISDEMEANOR" ELLIOTT, et al. :

 Defendants :

_____

MELISSA ARNETTE ELLIOTT :

Plaintiff :

: Civil Action No. 2:21-cv-02290-NIQA

v. : :

TERRY WILLIAMS :

Defendant, pro se :

Plaintiff's Notice of Non-Opposition and Miscellaneous Matters RE: ECF 361 -Plaintiff's Motion to Stay Trial

Please Take Notice that concerning my Motion to Stay the Trial (ECF 361) Defendant "Elliott agrees that the Court's Rulings" "could substantially narrow the issues at trial" and Elliott "defers entirely to the Court regarding the timing and administration of this Action." See Defendant Elliott's Response (ECF 372 at Footnote 1)

Notwithstanding that Elliott agrees with the stay for reasons related to only her own pending motions in limine; Nevertheless Elliott's response  constitutes Non- Opposition to my motion to Stay the Trial.

In addition, the Stay could also increase my prospects for securing attorney representation given that my case has been passed over by volunteer attorneys who have found issues taking the case due to the "tight timing" concerning the trial date which is currently scheduled for August 25, 2025. See Exhibit A (redacted for Confidentiality purposes only)

For these reasons, Please Stay the Trial Pending the Court's adjudication of all outstanding motions before the Court- including my Motions for Default and Dismissal Sanctions.

July 28, 2025

Humbly and Respectfully Submitted,<br>
Terry Williams

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRY WILLIAMS, :

Plaintiff, pro se

: Civil Action No. 2:18-cv-05418-NIQA:Lead Case

v. : :

MELISSA ARNETTE ELLIOTT A/K/A :

MISSY "MISDEMEANOR" ELLIOTT, et al. :

 Defendants :

___

MELISSA ARNETTE ELLIOTT :

Plaintiff :

: Civil Action No. 2:21-cv-02290-NIQA

v. : :

TERRY WILLIAMS :

Defendant, pro se :

### Certificate of Service

I, Terry Williams, do certify that on this day, I caused a true and correct copy of the Plaintiff's Notice of Non-Opposition and Miscellaneous Matters RE: ECF 361 -Plaintiff's Motion to Stay and Exhibit A, to be served on the Defendant's local counsel via regular mail at the address listed on file.

July 28, 2025

Humbly and Respectfully Submitted,
Terry Williams

*/s/ Terry Williams*