IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WILLIAMS** | : | **CIVIL ACTION** |
|     *Plaintiff, pro se* | : | **NO. 18-5418** |
| v. | : | |
| **MELISSA ARNETTE ELLIOTT** | : | **LEAD CASE** |
| a/k/a MISSY "MISDEMEANOR" | : | |
| **ELLIOTT,** *et al.* | : | |
|     *Defendants* | : | |

| | | |
|---|---|---|
| **MELISSA ARNETTE ELLIOTT** | : | **CIVIL ACTION** |
|     *Plaintiff* | : | **NO. 21-2290** |
| v. | : | |
| **TERRY WILLIAMS** | : | |
|     *Defendant, pro se* | : | |

**ORDER**

**AND NOW**, this 7th day of August 2025, upon consideration of Terry Williams' ("Williams") *motion for stay of trial until after resolution of the pending motion for sanctions and in limine*, (ECF 361), Melissa Arnette Elliott's ("Elliott") response, (ECF 372), Williams' notice of non-opposition and miscellaneous matters, (ECF 373), Williams' notice of filing a request for status update, (ECF 375), and Williams' request for status update, (ECF 376), it is hereby **ORDERED** that the Williams' motion to stay trial is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*