IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WILLIAMS** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | **NO. 18-5418** |
| v. | : | |
| **MELISSA ARNETTE ELLIOTT** | : | **LEAD CASE** |
| a/k/a MISSY "MISDEMEANOR" | : | |
| ELLIOTT, *et al.* | : | |
| *Defendants* | : | |

| | | |
|---|---|---|
| **MELISSA ARNETTE ELLIOTT** | : | **CIVIL ACTION** |
| *Plaintiff* | : | **NO. 21-2290** |
| v. | : | |
| **TERRY WILLIAMS** | : | |
| *Defendant, pro se* | : | |

**ORDER**

**AND NOW**, this 20th day of August 2025, upon consideration of Terry Williams' ("Williams") *Notice of Filing RE: Pro se Plaintiff's Request to have a Support Person/Witness in the Judge's Court Room During Pro Se Plaintiff's Jury Selection and Trial*, (ECF 400), and the Declaration of Constance Gary ("Gary"), (ECF 399), it is hereby **ORDERED** that the request made in notice is **DENIED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In the underlying notice, Williams, who is proceeding *pro se*, requests that Gary sit at counsel table with him to assist him with jury selection and trial. In her declaration, Gary does not indicate that she is an attorney. Further, Williams and Defendant Elliott have listed Gary as a potential witness. Under these circumstances, Gary cannot assist Williams at counsel table during jury selection nor at trial.