IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WILLIAMS** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | **NO. 18-5418** |
| v. | : | |
| **MELISSA ARNETTE ELLIOTT** | : | **LEAD CASE** |
| a/k/a MISSY "MISDEMEANOR" | : | |
| **ELLIOTT,** *et al.* | : | |
| *Defendants* | : | |

| | | |
|---|---|---|
| **MELISSA ARNETTE ELLIOTT** | : | **CIVIL ACTION** |
| *Plaintiff* | : | **NO. 21-2290** |
| v. | : | |
| **TERRY WILLIAMS** | : | |
| *Defendant, pro se* | : | |

**O R D E R**

**AND NOW**, this 15th day of September 2025, upon notification that the issues between Terry Williams ("Plaintiff") and Melissa Arnette Elliott ("Defendant") have been settled, and that each party has performed pursuant to the essential terms of the settlement agreement regarding both civil actions, (ECF 404), it is hereby **ORDERED** that all claims are **DISMISSED**, with prejudice, pursuant to the agreement of the parties. To conform with Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and mark these cases **CLOSED**.

It is further **ORDERED** that all outstanding motions or requests are **DENIED,** as moot.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] On August 22, 2025, Plaintiff and Defendant entered into a settlement agreement resolving all claims in this matter and in the matter styled Civil Action 21-2290. (ECF 404). After the settlement was agreed to, the parties appeared to have concerns regarding specific aspects of the settlement. As of September 10, 2025, this Court understands all essential terms of that agreement and concerns have been satisfied. Importantly, the provisions of confidentiality apply to both parties. With these understandings, the matters are closed. Any suggestion of future proceedings have been resolved, and no issues are pending. The two civil actions are closed.